# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00347-CV

### Y. A., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

**FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
NO. D-1-GM-20-002618, THE HONORABLE CATHERINE MAUZY, JUDGE PRESIDING**

---

## O R D E R

**PER CURIAM**

The reporter's record in this appeal was originally due to be filed on June 16, 2022. To date, the reporter's record has not been filed.

Any extensions of time granted for the filing of the reporters' records may not exceed 30 days cumulatively. *See* Tex. R. App. P. 28.4(b)(2). Accordingly, Leah Hayes is hereby ordered to file the reporter's record in this case on or before July 18, 2022. If the record is not filed by that date, Hayes may be required to show cause why she should not be held in contempt of court.

It is ordered on July 14, 2022.

Before Chief Justice Byrne, Justices Triana and Smith